```
DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE                                           CHECK DATE    CHECK NO.
DOWNINGTOWN, PA 19335-
                                                            12/6/2019    V1191706
```

                                  AMOUNT   

PAY ***************VOID CHECK****************

TO THE ORDER OF:  CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 12/6/2019 | V1191706 | 12/6/2019 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,374.77 | 80,413.39 | FICA | 200.13 | 5,204.54 | 200.13 | 5,204.54 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 46.81 | 1,217.20 | 46.81 | 1,217.20 |
| CURRICULUM | | .00 | 1,320.00 | FED TAX | 287.58 | 7,831.03 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 3,476.00 | STATE TAX | 99.10 | 2,577.12 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 787.50 | LOCAL TAX | 40.35 | 1,049.35 | .00 | 0.00 |
| SUMMER CYBER | | .00 | 250.00 | UNEMP COMP | 2.02 | 51.91 | 2.02 | 51.91 |
| | | | | LST DTOWN | 2.00 | 52.00 | .00 | 0.00 |
| | | | | RETIREMENT | 253.11 | 6,496.11 | 1,157.21 | 29,322.67 |
| | | | | DAEA DUES | 65.00 | 770.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 5.70 |
| | | | | MEDICAL | 92.45 | 1,756.55 | 748.03 | 14,212.57 |
| | | | | PRESCRIP | 25.85 | 491.15 | 209.20 | 3,974.80 |
| | | | | DENTAL | 5.18 | 98.42 | 41.89 | 795.91 |
| | | | | VISION | 0.84 | 15.96 | 6.80 | 129.20 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 45.60 |
| | | | | LTD | .00 | .00 | 2.94 | 55.86 |
| | | | | STD | .00 | .00 | 0.43 | 8.17 |
| | | | | VOL LIFE | 33.48 | 636.12 | .00 | 0.00 |
| | | | | MED SPEND | 22.50 | 307.50 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,198.37 | 58,058.60 | .00 | 0.00 |
| **Totals** | 75.00 | 3,374.77 | 86,613.56 | **Totals** | 3,374.77 | 86,613.56 | 2,418.16 | 55,024.13 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| ILLNESS | 10.00 | 2.00 | 80.50 | STONEBRIDGE BANK | 2,198.37 | | 2,198.37 |
| PERSONAL | 2.00 | 1.00 | 1.00 | | | Employee | |
| BANK PRSNL | 0.00 | 0.00 | 5.00 | | | CHARLENE BIGELOW | |
| ADV PRSNL | 0.00 | 0.00 | 4.50 | | | Tax Information | |
| MISC PAY | 0.00 | 4.00 | -4.00 | | | | Fed | State |
| NO PAY | 0.00 | 0.00 | 0.00 | | | MARITAL STATUS | M | S |
| | | | | | | EXEMPTIONS | 0 | 0 |

Notes:

DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE
DOWNINGTOWN, PA 19335-

CHECK DATE   CHECK NO.
12/20/2019   V1193400

PAY ***********Copy*****VOID CHECK***************   AMOUNT   ***********Copy

TO THE ORDER OF

CHARLENE A BIGELOW
1606 RUSSELL DR
DOWNINGTOWN, PA
19335

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 12/20/2019 | V1193400 | 12/20/2019 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,374.77 | 83,788.16 | FICA | 200.13 | 5,404.67 | 200.13 | 5,404.67 |
| TECH INNOVATO | | .00 | 366.67 | MEDICARE | 46.81 | 1,264.01 | 46.81 | 1,264.01 |
| CURRICULUM | | .00 | 1,320.00 | FED TAX | 287.58 | 8,118.61 | .00 | 0.00 |
| SENIOR CLASS | | .00 | 3,476.00 | STATE TAX | 99.10 | 2,676.22 | .00 | 0.00 |
| SECONDARY BLD | | .00 | 787.50 | LOCAL TAX | 40.35 | 1,089.70 | .00 | 0.00 |
| SUMMER CYBER | | .00 | 250.00 | UNEMP COMP | 2.02 | 53.93 | 2.02 | 53.93 |
| | | | | LST DTOWN | .00 | 52.00 | .00 | 0.00 |
| | | | | RETIREMENT | 253.11 | 6,749.22 | 1,157.21 | 30,479.88 |
| | | | | DAEA DUES | 65.00 | 835.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 6.00 |
| | | | | MEDICAL | 92.45 | 1,849.00 | 748.03 | 14,960.60 |
| | | | | PRESCRIP | 25.85 | 517.00 | 209.20 | 4,184.00 |
| | | | | DENTAL | 5.18 | 103.60 | 41.89 | 837.80 |
| | | | | VISION | 0.84 | 16.80 | 6.80 | 136.00 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 48.00 |
| | | | | LTD | .00 | .00 | 2.94 | 58.80 |
| | | | | STD | .00 | .00 | 0.43 | 8.60 |
| | | | | VOL LIFE | 33.48 | 669.60 | .00 | 0.00 |
| | | | | MED SPEND | 22.50 | 330.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,200.37 | 60,258.97 | .00 | 0.00 |
| **Totals** | 75.00 | 3,374.77 | 89,988.33 | **Totals** | 3,374.77 | 89,988.33 | 2,418.16 | 57,442.29 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| ILLNESS | 10.00 | 2.00 | 80.50 | STONEBRIDGE BANK | 2,200.37 | | 2,200.37 |
| PERSONAL | 2.00 | 1.00 | 1.00 | | | Employee | |
| BANK PRSNL | 0.00 | 0.00 | 5.00 | | | CHARLENE BIGELOW | |
| ADV PRSNL | 0.00 | 0.00 | 4.50 | | | Tax Information | |
| MISC PAY | 0.00 | 4.00 | -4.00 | | | | |
| NO PAY | 0.00 | 0.00 | 0.00 | | | Fed | State |
| | | | | | MARITAL STATUS | M | S |
| | | | | | EXEMPTIONS | 0 | 0 |

Notes: