# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Charlene Bigelow**                          **:**   CHAPTER 13
      **Debtors**                                    **:**   BANKRUPTCY NO.  20-10997

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                                              /s/ Gary E. Thompson
                                              GARY E. THOMPSON
                                              ATTORNEY FOR DEBTOR(S)

Date: 3/30/20

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix