UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Charlene A. Bigelow | Bankruptcy No.20-10997-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 1st day of July, 2020, by first class mail upon those

listed below:

Charlene A. Bigelow
1606 Russell Drive
Downingtown, PA  19335

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
150 E SWEDESFORD ROAD
1ST FLOOR
WAYNE, PA  19087

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee