# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlene A. Bigelow<br>　　　　　　　Debtor(s)<br><br>Quicken Loans, LLC fka Quicken Loans Inc.<br>　　　　　　　Movant<br>　　vs.<br>Charlene A. Bigelow<br>　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 20-10997 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## **ORDER**

　　　　AND NOW, this　　　day of　　　　　　, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1606 Russell Drive, Downingtown, PA 19335 ("Property), as to Movant, its successors or assignees.

**Date: July 22, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Charlene A. Bigelow
1606 Russell Drive
Downingtown, PA 19335

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532