United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10997-amc
Charlene A. Bigelow                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Jul 22, 2020
                            Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db            +Charlene A. Bigelow,    1606 Russell Drive,    Downingtown, PA 19335-3578
cr            +Quicken Loans Inc.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
cr            +West Bradford Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14474209      +Quicken Loans Inc.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:04     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 04:43:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2020 04:44:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14469485      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 23 2020 04:43:59     Quicken Loans,
                635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Charlene A. Bigelow get24esq@aol.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Bradford Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans, LLC fka Quicken Loans Inc
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charlene A. Bigelow<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Quicken Loans, LLC fka Quicken Loans Inc.<br>　　　　　　　　　　Movant<br>　　vs.<br>Charlene A. Bigelow<br>　　　　　　　　　　Debtor(s) | NO. 20-10997 AMC |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

　　　　AND NOW, this　　　day of　　　　　, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1606 Russell Drive, Downingtown, PA 19335 ("Property), as to Movant, its successors or assignees.

**Date: July 22, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Charlene A. Bigelow
1606 Russell Drive
Downingtown, PA 19335

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532