United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10997-amc
Charlene A. Bigelow                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: John           Page 1 of 1              Date Rcvd: Aug 12, 2020
                           Form ID: pdf900      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
```
db              +Charlene A. Bigelow,    1606 Russell Drive,    Downingtown, PA 19335-3578
cr              +Quicken Loans Inc.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14471585        +1060 Andrew Drive,,    1060 Andrew Drive, Suite 170,    1060 Andrew Drive,, 170,
                  West Chester, PA 19380-5601
14469484        +Ford Motor Credit,    POB 542000,    OMAHA, NE 68154-8000
14474209        +Quicken Loans Inc.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14492535        +West Bradford Township,    C/O JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,
                  2700 Horizon Drive,    Suite 100,    King of Prussia, PA 19406-2726
14469486        +West Bradford Township,    c/o Portnoff Law,    2700 Horizon Drive,
                  King of Prussia, PA 19406-2677
14492348        +West Bradford Township,    c/o James R. Wood, Esquire,    2700 Horizon Drive, Suite 100,
                  King of Prussia, PA 19406-2726
14492349        +West Bradford Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:38    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:16
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14496533         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 04:31:04    CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14477769        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2020 04:31:15
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14469485        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 13 2020 04:26:33    Quicken Loans,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +West Bradford Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
```
              GARY E. THOMPSON    on behalf of Debtor Charlene A. Bigelow get24esq@aol.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Bradford Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans, LLC fka Quicken Loans Inc
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  :  Chapter 13

**CHARLENE A BIGELOW**

            Debtor(s)  :  Bky. No.  20-10997 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 12, 2020**

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**